| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>(SAN FRANCISCO DIVISION) | |
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION<br><br>Plaintiff(s)<br><br>v.<br><br>Defendant(s) | Case No.:  3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No:<br><br>**Master Short Form Complaint** |

Plaintiff(s), incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:

    a. ___ Eli Lilly and Company

    b. ___ Pfizer Inc.

    c. ___ Other (specify Defendant) _____

2. Plaintiff's Full Name:

    a. _____

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

    a. _____

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
    a. _____

5. Plaintiff's current city and state of residence:
    a. _____

6. District Court in which venue would be proper absent direct filing:
    a. _____

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
    a. _____

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
    a. Start date: _____
    b. Stop date: _____

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
    a. Start date: _____
    b. Stop date: _____

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a. _____

11. Date of death of Decedent, if applicable:
    a. _____

12. Master Complaint Adopted (check one or both):
    a. ___ Pfizer Master Complaint
    b. ___ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):
    a. Count 1 (Negligence): _____
    b. Count 2 (Gross Negligence): _____
    c. Count 3 (Negligence Per Se): _____

    d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) _____

    e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) _____

    f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) _____

    g. Count 7 (Strict Liability – Defective Design): _____

    h. Count 8 (Strict Liability – Failure to Warn): _____

    i. Count 9 (Failure to Test): _____

    j. Count 10 (Breach of Express Warranty): _____

    k. Count 11 (Breach of Implied Warranty): _____

    l. Count 12 (Fraudulent Misrepresentation and Concealment): _____

    m. Count 13 (Negligent Misrepresentation and Concealment): _____

    n. Count 14 (Fraud and Deceit): _____

    o. Count 15 (Willful, Wanton, and Malicious Conduct): _____

    p. Count 16 (Unjust Enrichment): _____

    q. Count 17 (Loss of Consortium): _____

    r. Count 18 (Survival): _____

    s. Count 19 (Wrongful Death): _____

    t. Count 20 (Punitive Damages): _____

    u. Other: _____

14. Jury Demand

    a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes _____ No \_\_\_\_

Dated this the _____ day of _____, _____.

                                          Respectfully submitted on behalf of the Plaintiff(s),

                                          /s/ _____
DAVIS & CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501

Telephone: (228) 863-6000
Facsimile: (228) 864-0907
trevor.rockstad@daviscrump.com